# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MCKINLEY, II, et al., | Case No. 1:21-cv-00754-NONE-SAB |
| Plaintiffs, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION OR PAY FILING FEE |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | (ECF No. 2) |
| | TWENTY DAY DEADLINE |

Douglas McKinley, II, and Joanna McKinley ("Plaintiffs") filed a complaint in this action on May 10, 2021.[1] (ECF No. 1.) Plaintiff Douglas McKinley did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees.

In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department

---

[1] The Court notes that the caption of the complaint contains that names of additional individuals who did not sign the complaint. Plaintiffs are advised that pro se litigants have no authority to represent anyone other than themselves in this action. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Further, the Ninth Circuit has specifically held that "a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer." Johns, 114 F.3d at 877. Accordingly, Plaintiffs cannot bring this action to assert the rights of their children without retaining counsel.

1

1 | of Health and Human Services. See, e.g., Paco v. Myers, No. CIV. 13-00701 ACK, 2013 WL
2 | 6843057 (D. Haw. Dec. 26, 2013); Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL
3 | 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein). The 2021 Poverty Guidelines
4 | for the 48 contiguous states for a household of two is $17,420.00. 2021 Poverty Guidelines,
5 | https://aspe.hhs.gov/poverty-guidelines (last visited May 12, 2021).

In his application, Plaintiff Douglas McKinley states that he receives gross wages of $1,466.00 every other week making his monthly income $2,932.00. Therefore, Plaintiff Douglas McKinley's income is $35,184.00, well above the poverty level for a family of two. Further, Plaintiff Douglas McKinley did not complete the section asking if he receives any other form of income. Additionally, Joanna McKinley also is named as a plaintiff and signed the complaint but did not file an application to proceed *in forma pauperis*.

Accordingly, the Court will order the plaintiffs to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiffs are unwilling to complete and submit the long form application, Plaintiffs must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff Douglas McKinley's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward **two (2)** Applications to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiffs;
3. Within **twenty (20) days** of the date of this order, Plaintiffs shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

/ / /

/ / /

/ / /

4. If Plaintiffs fail to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **May 12, 2021**

_____
UNITED STATES MAGISTRATE JUDGE